UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRKPATRICK DUNBAR,

                        Plaintiff,

    -against-

TAQUERIA GRAMERCY, LLC AND 218 THIRD AVENUE LLC,

                        Defendant.

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 1:23-cv-00143-RA

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, **Kirkpatrick Dunbar** by and through his counsel, hereby gives notice that the above captioned action is voluntarily dismissed, **with prejudice** against Defendants, **Taqueria Gramercy, LLC and 218 Third Avenue LLC** since no party has answered or otherwise moved for summary judgment in this action.

Dated: March 1, 2023

                                                        The Marks Law Firm, P.C.

                                         By: _____
                                               Bradly G. Marks
                                             The Marks Law Firm, PC
                                             155 E 55th Street, Suite 4H
                                             New York, NY 10022
                                             T:(646) 770-3775